PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CICERO LAMPLEY, | ) | CASE NO. 4:12 CV 2398 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| UNITED STATES POSTAL SERVICE, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

On September 25, 2012, this case was removed from the Youngstown Municipal Court, Small Claims Division, pursuant to 28 U.S.C. § 1442(a), by the Defendant United States Postal Service.  The action removed was filed by Plaintiff *pro se* Cicero Lampley, who seeks damages in the amount of $3000 for Defendant's alleged failure to deliver his mortgage payment.  Defendant filed a Motion to Dismiss and/or Motion for Summary Judgment (ECF No. 3) on October 9, 2012. Plaintiff has not filed anything in response to the Motion.

It is a jurisdictional prerequisite to a federal lawsuit that a claimant who seeks recovery from the United States must first file an administrative claim under the Federal Tort Claims Act ("FTCA").  *Rogers v. United States*, 675 F.2d 123, 124 (6th Cir. 1982).  As there is no allegation Plaintiff presented an administrative claim to the appropriate federal agency, the Complaint is fatally deficient.  *Altman v. Connally*, 456 F.2d 1114, 1116 (2d Cir. 1972).

Further, even had Plaintiff exhausted his administrative remedies, "[a]ny claim arising out of the loss, miscarriage, or negligent transmission of letters or postal matter," 28 U.S.C. § 2680, is

barred by the doctrine of sovereign immunity.  This is because such claims are specifically excluded under the FTCA.  28 U.S.C. § 2680(b); *Davric Maine Corp. v. United States Postal Service*, 238 F.3d 58, 62 (1st Cir. 2001).

Accordingly, the Motion to Dismiss and/or Summary Judgment is granted, and this action is dismissed.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

January 25, 2013                                    */s/ Benita Y. Pearson*
Date                                                          Benita Y. Pearson
                                                                United States District Judge